# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JASON D. BROWN

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj217

WAIVED
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 7 and 13 and F§§ 322.34 | DRIVING WHILE LICENSE SUSPENDED OR REVOKED WITHOUT KNOWLEDGE | 5/10/08 | 1 |

Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and special assessment shall be paid on or before August 18, 2008.

| Assessment | Fine |
|---|---|
| $ 5.00 | $ 60.00 |

Date of Imposition of Sentence - 7/16/08

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 7-18-08